Thank you, Your Honor, and may it please the Court, my name is Kathleen Lyon, and I represent the United States, and I'd like to reserve two minutes of time for rebuttal. This case presents the issue whether a petition for enforcement of an IRS summons may be denied where it's undisputed that at the time of the issuance of the summons, the summons was issued in good faith, and also raises the issue whether the attorney-client privilege or work-product doctrine protects the appraisal work file at issue where the appellees have never identified a single communication contained in the work file, and where the work file was not created in anticipation of litigation, but instead was created to comply with legal requirements and professional appraiser standards relating to valuation for charitable deductions. On the issue of good faith, the District Court erred in finding that the PESCI's consent to assessment and payment rendered later efforts to enforce the summons to be in bad faith. In this case, there was no final irrevocable determination of liability, and therefore the IRS was entitled to enforcement, and there was no question of bad faith. The PESCI's later payment after their consent to assessment did not make the case closed or the investigation over. In fact, at the time of the issuance of the District Court's decision, even the time for filing in tax court had not yet passed. And of course, there was still the outstanding possibility that they would file a refund claim, as they made very clear to the IRS and to the District Court that they were going to do. I have a couple of questions, Counsel. The appraisal was attached to two different tax returns, as I recall. Is that correct, in order to comply with the regulation? The PESCI's and the co-owners? Is that what you're referring to? Correct. Yes. And as part of the appraisal, Assumption Number 20 states that the supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file. Yes. Does the government interpret that as being an incorporation by reference? What we are saying, well, we have argued that it's incorporation by reference. We're essentially saying that the appraisal, on its face, says if you want a full understanding of what's going on in the appraisal summary report, you have to look at the work file because that's where all our information is. And technically, anything that showed up in the summary report that was attached to the tax return is based on information in the work file. And so, even if it were privileged, or if the work product doctrine did apply, some of that information has already been waived because it showed up in the document attached to the tax return. Is it the government's position that in light of that paragraph 20 of the assumptions and limiting conditions, that to the degree documents and data in the appraiser's file was used to help prepare the appraisal, that that has been waived, either as to attorney-client privilege or work product? I'm sorry, could you repeat that? Okay. In light of the reference in paragraph 20, is it the government's position that since the data, reasoning, and analyses retained in the appraiser's file supports the appraisal, that the taxpayers have waived the attorney-client privilege and the work product privilege for purposes of all of those data? If privilege applied in the first place, yes. Yeah, I'm not saying it does, but I'm just saying even if there were an argument that it did, does the fact that number one, they had to attach the appraisal to have any chance of getting the deduction, right? That's a requirement of the regulation. Then it has this language in it. So my question is, does the government view this language as in effect a waiver of either attorney-client privilege or work product as to whatever this paragraph referred to, the supporting data? Yes, yes, yes, if it's privilege. What difference does it make that the appraisal was sent to the counsel for the taxpayers and then attached to the tax return? Well, we don't think it makes much of a difference. We think what happened here was that the Pesky's hired their attorney to do the same thing that they could have done themselves, which is hire an appraiser, or have their accountant hire an appraiser to do the same thing. And Mr. Ritchie was retained, it seems clear, to provide appraisal services, not to provide any kind of legal advice or anything like that. Well, there's no question that if Mr. Ritchie had been hired directly by the taxpayer and the appraisal had been attached to the tax return, we wouldn't even have this discussion. However, the appraisal purports to, well, it states that the appraiser was hired by this attorney to prepare the appraisal. It doesn't say why, it just says they were hired and, of course, got attached to the tax return, thereby opening the argument that it was in contemplation of litigation. Although the burden is on the part of the taxpayer, what's the government's evidence to show that the appraisal was prepared as an appraisal strictly to get the tax deduction as opposed to protect its sources and methods from any invasion by the government as to attorney-client privilege or work product? Well, because it cannot, an evaluation cannot be based on secret information or confidential information. And so, and in keeping with U.S. professional appraisal standards, any evaluation, any appraisal has to be unbiased, objective, independent, and that he, Mr. Ritchie certified that to be the case here. And so, I, we find it a real stretch to say that he was providing anything more than that. So you're relying basically on the regulations, the requirements of the regulations with respect to the appraisal as opposed to any information that you specifically have that came from either the taxpayer or Mr. Ritchie to the effect that they weren't contemplating litigation when the appraisal was prepared? Well, right, we haven't gotten any information from Mr. Ritchie. Right, I understand that, yeah. That's the problem. But I mean, do you have any independent information that would tend to corroborate that? Independent information? You mean from the Stern case or anything like that? And any, anything that you want. I do not know. So I don't have anything on that. So the time for filing refund is now long past, right? They filed the refund claim in August of, in July and August of 2019. So that's what's at issue now? And there's now a separate refund suit that they have brought. And so that's ongoing. And of course, the basis of their motion to stay these proceedings on appeal was that, well, the government can get all that material and discovery in the refund suit and we should just throw everything over there. But the fact is that the summons remains enforceable until there's a final irrevocable decision with respect to liability. And so the IRS has an ongoing interest and a right to enforcement. If there are no other questions, I'll save the remainder of my time for rebuttal. Thank you. Thank you, counsel. Good morning, Your Honors. Thank you. Justin Jones for appellees. The key issue to my client here is the determination made by the district court that as of the date of the summons enforcement hearing, there was no active and ongoing investigation or audit of the Pesky's 2003 and 2004 tax returns. The Pesky's had agreed to the assessment of the taxes. The government had assessed the taxes. The Pesky's had paid the taxes. And at that time, there was no request for refund or filing with the tax court. The district court, referring to the Internal Revenue Manual, noted that the government's own internal operations manual says that when that has occurred, an audit is closed. And as the district court observed that oral argument, the government was effectively attempting to enforce a summons to obtain information for an investigation that didn't exist with respect to tax matters that the, at least at the time, the taxpayers had consented to the full assessment of the taxes, the penalties, the interest, and had made payment thereon. Now, based on that, the court found that the government lacked good faith at that time in seeking enforcement. But Mr. Jones, aren't the cases very clear that the good faith requirement speaks as of the time that the subpoena was issued in the first place? Generally, they are. But there is the Monsey case which says that when intervening events between the issuance of the summons and the date that the court hears the matter, so change the circumstances that to enforce the summons would involve the court in possibly furthering bad faith. Let me ask you this. Do you have any evidence that at the time the subpoena was originally issued that the government was acting in bad faith? I do not, no. Okay. All right. Now, did Judge Lodge discuss the fact that your clients had made it clear and perhaps might have even filed by then a separate proceeding in the district court to receive a refund? He did, Your Honor. If I could refer the court to ER 60, there is a point where I concede at oral argument on behalf of the Pesky's that it is extremely likely that a refund request will, in fact, be filed. And that fact is also taken into account in the opinion issued by the court. Judge Lodge specifically cites the possibility of a subsequent refund claim and a suit and possible discovery of it. We're not bound in any way by Judge Lodge's factual findings with respect to that, are we? I believe that the judge's factual findings are, in fact, only reviewed in this case for clear error, that the standard is- Okay. If he's wrong as a matter of law, he's just toast, right, as far as this case is concerned? On the law, I believe that the review standard would be de novo before this court. Actually, I find this a really interesting and somewhat novel approach by the taxpayers. Here you attach an appraisal, which is essential to getting a tax return in the first place. The government then asks you for the backup for the appraisal, a very common practice. I mean, it's a very large deduction involving, I gather, millions of dollars. And they say, hey, you know, you've said this is worth X. I'd like to see your backup on this. Let me see the comparables and so on and so on. And you say, oh, no, I'm not going to show that to you. This is secret, man. I told my attorney about this. It's work product. How can that possibly be? Well, Your Honor, as an initial matter, the government's take on the appraisal report notwithstanding, Judge Lodge found, as a matter of fact, that he believed it was a reasonably complete, actually a very complete appraisal. So it included information concerning the comparables that the appraiser used in reaching a value, the adjustments that the appraiser made. And notwithstanding the statement in the beginning referring to his file, it really contained all the information a party would require to evaluate the ---- That's not even what the appraisal says. The appraisal says that the appraisal is not complete. They've got a bunch of data in his files. And if you want to know the whole story, you've got to go there. I acknowledge, Your Honor, that he does refer to that. And my personal understanding is that that is a requirement of his licensing under use, Pat, that such a statement be made. Have you ever been involved in a condemnation proceeding? I have not, Your Honor. Have you ever been involved in anything involving an appraisal where the government or the parties don't seek the file of the appraiser to find out the bona fides of the appraisal? I have not, Your Honor. Nor have I. And I don't get it. I don't understand what is the taxpayer concerned about here. If the appraisal is bona fide and the government says, look, you know, this is not done. These people have claimed a lot of money. They're going to process it in a different area. We filed this in good faith. We continue to want this information because this return is not closed. And that's what we're talking about is the return. It's the taxpayer, you're in the return. And I gather you would admit the return is not closed. You're trying to get the deduction through the district court so you don't have to pay the penalties and the fines. We are attempting to get it through the district court. Our reasoning is. So the year's not closed, right? At this time, it is not, no. Correct. So as long as the year's not closed, how can the case be deemed closed? I think, Your Honor, that our position on that would be that when a taxpayer agrees to the assessment of the tax and pays it, and at that point the IRS manual says, okay, you close the audit, then the taxpayer, as a matter of policy, should have the rest and repose of not having to continue to receive. What if the appraisal was procured? I'm not saying that's true in this case. What if the appraisal was procured by fraud? What if there's evidence that, in fact, this is just a mill and this gentleman prepares appraisals for rich people in Ketchum so that they can get a big tax return, and he has a whole record of this and they want to find out whether there's fraud? Why wouldn't it cover that? It potentially could, Your Honor, in which case there would also be no statute of limitations and the IRS would be free to pursue it under those grounds, but that isn't the case here. On the record here, they were pursuing it in a non-fraud audit of the peskies. They assessed the tax. The tax had been paid, and that closed the audit subject only to the possibility that the peskies would come back and seek a refund, which they have, and in fact, but for an extension granted to the government in filing its answer in that case. I have reason to believe that this case would have been mooted because the discovery request recently received from the government seek that file, and it is my client's intention, represented by my firm, to turn over those documents in that litigation. I'm sorry. No, no, go ahead. No, go ahead. I'm just going to say then, why didn't the government and your firm just sit down to get this resolved, and why are you here? From my client's perspective, it has to do with how my clients feel they were treated by the government in the audit process. Quite frankly, it's a matter of principle of my client at this point, not one of concern for the contents of that file or the ultimate use of it by the government in the. . . But they're willing to turn over all of the information that's the subject of this litigation, at great expense, I'm sure, at the beginning of this next round. That is correct. Do you realize how strange that seems? I do, Your Honor. I do. I understand that, and there may, when we get to the final discovery issues, in the district court case now pending, there may be some holdbacks or some continuing privilege asserted because there were communications between our firm, not myself, but our firm and Mr. Ritchie at the time. And in that case, there may still be some things to which we assert privilege, but my understanding right now from what we've looked at so far is that those will be minimal, if any. And I have a little time here left. I would like to address your question of how you get to the claim that there is a privilege extension. And the government relies on the fact that the appraisal is required by statute, and then the regulations sets forth in great detail the requirements for that appraisal, in order for it to pass muster as a qualified appraisal under Section 170. We would submit that that is in itself proof that this is a legal matter, not merely an administrative one, that there are very specific legal requirements for a qualifying appraisal for a conservation easement, and that is one of the things that makes it necessary or highly useful for the attorney in this case to retain the appraiser and to work with the appraiser. Let me ask just one other question, and I apologize for dominating the questioning here. Is there any evidence in the record that your client has produced that when the appraisal was originally sought, it was done for the purpose of pursuing litigation? There is not any evidence that it was for the purpose of. However, there is evidence in the form of an affidavit of a partner with the Thornton Byron Law Firm, Greg Byron, to the effect that at the time the appraisal was sought, it was certainly contemplated that litigation over the conservation easement, and in particular the valuation of the conservation easement, was a possibility, and that in part the concern and the work that the firm did with Mr. Ritchie related to being prepared for that potential eventuality of litigation concerning the value of the appraisal. Does that satisfy the requirement that work be done in contemplation of litigation? I believe under the standard enumerated in TORF, which adapts to the Altman case, it does, the because of. And to get to the because of, you say, you ask the question, but for the potential for litigation, would the file or would the documents at issue have been created in substantially the same way? And my answer to that question in this case is no. Now, tax reform, which the government relies on, to the effect that, I'm sorry, Your Honor, I'm past my time. Go ahead. We can ask questions past the time. You can't answer unless we ask you to. But it's just one other question then. Under your logic, couldn't every promulgator of a Ponzi scheme protect him or herself from discovery from the tax folks, if it were, say, a Ponzi tax scheme? There are lots of them. By simply communicating everything through counsel and just saying right from the beginning, there's a possibility that at some point this is going to get investigated. So we're not going to tell you anything. I think that you would still be, in that case, subject to the COVIL analysis of whether or not those communications, in particular communications with third parties, were in fact helpful or necessary or extremely useful to the attorney. And with respect to the client, if everything came through the attorney, that raises all kinds of considerations, including the attorney calling themselves a fraud and the fraud exception that were not at issue in this case. Okay. Anything else, Your Honors? Okay. Thank you. Thank you, Your Honors. I'll address just a few items here. Going to Mr. Jones's first argument on good faith, I'll just reiterate that at the time the decision was issued in this case, the tax court filing deadline itself had not even passed yet. There was no closing agreement at that time between the parties, so the investigation was not closed. They had made their intent clear that they were going to file a refund claim. Why not let this play out in the refund claim litigation? It seems to me, looking at it, you have perhaps some bad blood between the government and the taxpayers here, and that is preventing resolution of this issue. Why don't we let this play out in the refund? Well, Your Honor, there are good reasons to enforce it now, just setting aside the fact that the Matter of principle, is it? Well. Both sides. Well, yes. Famously, there's always time to rise above principle. Well, certainly we do believe that we have the law on our side, but there are also good policy reasons to resolve this now. Why? The fact is that getting information sooner rather than later is good because memories fade, documents get lost. It may actually help facilitate settlement for us to get these documents now. It may make the refund case move. You never know. And there's also the broader principle that the target of an investigation should not get to dictate the terms of the investigation. And the idea that a taxpayer should be able to decide where and in what form they're going to hand over documents flies in the face of the statutory scheme. Congress designed the summons. But, you know, they paid up. I mean, that's part of their. They could have just said, no, we're going to litigate this. And they paid it, and then they said, well, we'll file a refund suit, and you sought discovery in that suit. There is a bit of a punch after the bell aspect to this case. Well, but the fact is that until there is a case law says that until there's a final irrevocable determination of liability that we are entitled to enforcement. It sounds as though some time has passed that the two of you can sit down and work this out, can't you? Well, one would have hoped, but they have refused to hand it over. And until we have the file and the testimony of Mr. Ritchie, we don't have it. Are you canceling the refund case? I'm sorry? Are you canceling the refund case? No, I'm not involved in any way in any of the other cases that are bubbling up. Okay. Any further questions? I think we have your arguments at hand. Thank you. The case will be submitted for decision.
judges: Collins, Thomas, Smith M.